IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

    No. CIV 12-744 RB/LFG
    No. CR 10-2846 RB

MARIA ISELA CHAVEZ-MARQUEZ,

    Defendant/Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Findings and Recommendation ("R&R") that Defendant/Movant Maria Isela Chavez-Marquez's ("Chavez-Marquez") § 2255 motion be denied and dismissed, with prejudice. [Doc. 9.] The R&R was filed on August 21, 2012, and Chavez-Marquez's objections were due no later than September 7, 2012. As of today's date, Chavez-Marquez did not file objections, and the deadline for doing so has passed. The Court accepts the R&R of dismissal and concludes that Chavez-Marquez's § 2255 motion [Doc. 1] will be dismissed with prejudice

IT IS HEREBY ORDERED that the Magistrate Judge's Findings and Recommended Disposition [Doc. 9] are adopted by the Court, including the recommendations that Chavez-Marquez's claims be denied and that her requests for appointment of counsel and bail hearing be denied.

IT IS FURTHER ORDERED that Chavez-Marquez's § 2255 motion is denied, that this matter is dismissed with prejudice, and that no Certificate of Appealability shall issue.

_____
UNITED STATES DISTRICT JUDGE